# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| DOUGLAS CHOMA,<br><br>PLAINTIFF(S)<br>v.<br><br>EQUIFAX, INC., a Georgia Corporation,<br><br><br>DEFENDANT(S). | SACV08-0550 DOC (ANx)<br><br><br>SUMMONS |

TO: DEFENDANT(S): <u>EQUIFAX, INC.</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Louis P. Dell, Esq.</u>, whose address is <u>11150 West Olympic Blvd., Suite 1120, Los Angeles, CA 90064  (310) 914-7400</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY 15 2008

By: NATALIE LONGORIA
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

LOUIS P. DELL, ESQ. State Bar No. 164830
LAW OFFICE OF LOUIS P. DELL
11150 West Olympic Blvd., Suite 1120
Los Angeles, CA 90064
(310) 914-7400 (Office)
(310) 914-7435 (Fax)
e-mail: louis.p.dell@att.net

Attorney for Plaintiff,
DOUGLAS CHOMA

FILED
2008 MAY 15 PM 12:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHOMA,<br><br>       Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., a Georgia Corporation,<br><br>       Defendants. | CASE NO.<br>SACV08-0550 DOC (ANx)<br><br>**COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL** |

Plaintiff, DOUGLAS CHOMA, by his attorney, LOUIS P. DELL, states as follows:

## INTRODUCTION

1. This is an action for damages against all defendants brought pursuant to the Fair Credit Reporting Act [15 U.S.C. § 1681 *et. seq.*].

## JURISDICTION

2. This court has jurisdiction under the provisions of Title 15, United States Code, § 1681p. This Court has pendent jurisdiction over any state law claims

asserted herein.

## PARTIES

3. Plaintiff, DOUGLAS CHOMA, is a consumer, within the definition of Title 15, United States Code, § 1681a(c), and resides in the State of California, County of Los Angeles.

4. Defendant, EQUIFAX, INC., ("Equifax") is a consumer reporting agency, within the definition of Title 15, United States Code, § 1681a(f), and is incorporated in the State of Georgia. This defendant's principal place of business is Atlanta, Georgia. As a consumer reporting agency, this Defendant regularly and for a fee submits reports containing information as to credit worthiness, credit standings, and other credit information on consumers to third parties, which information is used or expected to be used in whole or in part as a factor in establishing the consumer's eligibility for credit or insurance to be used primarily for personal, family, or household purposes.

## FACTUAL ALLEGATIONS

5. Worldwide Asset Management LLC filed a collections action in Orange County, California styled *Worldwide Asset Management LLC v. Douglas Choma, Case no. 06CL0166*, against the plaintiff and on or about August 3, 2006, obtained a default judgment against him. Pursuant to agreement and order of the court, on or about September 6, 2006, a Stipulation and Order Vacating and Setting Aside Default and Default Judgment was entered.

6. On or about February 2008, Plaintiff received a consumer credit report from Equifax. The report is supposed to be a listing of the Plaintiff's credit information as compiled by Equifax. The report indicated under the heading "Public Record Information" a notation that there is a "Judgment Filed 08/2006; Orange Muni-Newport Beach; Case or ID # 06CD01666; Defendant - Choma Douglas E Jr;

Amount $9,558; Plaintif - Worldwide Asset Purchase LLC; Verified 03/2008 . . ."

7. The debt as reported in the credit reports was, and still is, inaccurate and false. As of September 6, 2006 the default judgment had been vacated and set aside.

8. The Plaintiff hired a law office to contact Equifax about the disputed item to request that it investigate and remove it from his report. The plaintiff retained the Law Offices of Herman Thordsen to assist him in correcting the inaccurate credit report. On or about February 26, 2008, his attorneys contacted Equifax and advised them to remove the inaccuracy, citing and attaching, among other things, the September 6, 2006, order vacating the default judgment.

9. On or about March 11, 2008, Plaintiff received another report from Equifax. That report indicated that Equifax had verified that this public record item was reporting correctly and that it belonged to the Plaintiff. Equifax advised the plaintiff to contact the Orange County Municipal Civil Court.

10. Plaintiff is informed and believes that each of the defendants made, authorized, allowed, or in some manner were responsible for the derogatory item in Plaintiff's consumer report.

11. None of the defendants notified the plaintiff of the above-mentioned negative item prior to furnishing or placing it in plaintiff's report.

12. Each of the defendants failed in their duties under the Fair Credit Reporting Act and applicable state laws.

13. Each of the defendants aided, abetted, and assisted the other defendants in performing the acts described in the preceding paragraph. At all times during the events described herein, the defendants were engaged in a joint venture. They assisted each other in performing the various actions described and lent their physical and mental presence and support and the authority of their office to each other during said events.

14. As a direct and proximate result of the derogatory information reported by Equifax the plaintiff has sustained actual damages including emotional distress

**Complaint for Damages and Demand for Jury Trial**

and pecuniary loss. Plaintiff has suffered an invasion of his privacy, humiliation, emotional distress, embarrassment, pain and suffering, damages to his credit rating, the inability to obtain credit and/or inability to obtain credit at an interest rate or at terms she would have been able to obtain had defendants not so acted. She has abstained from applying for credit, and/or had adverse action taken on existing credit accounts and/or was denied credit.

## FIRST CAUSE OF ACTION

15. Plaintiff repeats and realleges the allegations of paragraphs 1 through 14 of this complaint.

16. Equifax willfully failed to comply with the requirements imposed under the Fair Credit Reporting Act with respect to Plaintiff.

17. The defendant is liable to plaintiff under Federal law Title 15, United States Code § 1681n.

## SECOND CAUSE OF ACTION

18. Plaintiff repeats and realleges the allegations of paragraphs 1 through 14 of this complaint.

19. Equifax negligently failed to comply with the requirements imposed under the Fair Credit Reporting Act with respect to Plaintiff.

20. The defendant is liable to plaintiff under Federal law Title 15, United States Code § 1681o.

///
///

**Complaint for Damages and Demand for Jury Trial**

WHEREFORE, the plaintiff prays judgment in his favor against the defendant as follows:

FOR THE FIRST CAUSE OF ACTION:

1. Actual damages sustained by the plaintiff, or statutory damages for each cause of action of not less than $100 and not more than $1,000, whichever is greater;
2. Punitive damages;
3. Reasonable attorneys' fees;
4. Costs of suit; and
5. For such further relief as the court may deem just and equitable.

FOR THE SECOND CAUSE OF ACTION:

1. Actual damages sustained by the plaintiff;
2. Reasonable attorney fees;
3. Costs of suit; and
4. For such further relief as the court may deem just and equitable.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: May 12, 2008

LAW OFFICE OF LOUIS P. DELL

_____
Louis P. Dell, Esq.
Attorney for Plaintiff,
DOUGLAS CHOMA

Complaint for Damages and Demand for Jury Trial

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

DOUGLAS CHOMA

**DEFENDANTS**

EQUIFAX, INC.

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
Orange County

**County of Residence of First Listed Defendant** (In U.S. Plaintiff Cases Only):
Georgia

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Louis P. Dell    (310) 914-7400
Law Office of Louis P. Dell
11150 West Olympic Blvd., Suite 1120
Los Angeles, CA 90064

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** not specified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. section 1681 (Fair Credit Reporting Act)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: SACV08-0550

CV-71 (07/05)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Orange County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Georgia

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Orange County

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 5/12/08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV08- 550 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY